■ Antonio Rivera et al., Respondents, v Telma A. Paz, Defendant, and Nebosha Z. Kirilov, Appellant. [672 NYS2d 704] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered on or about December 18, 1997, which denied defendant-appellant's motion for summary judgment dismissing the complaint as against him, unanimously affirmed, without costs.

Considering all of the factors pertinent to the question of whether defendant-appellant had a reasonable opportunity under the circumstances to avoid the subject accident (*see, Carson v De Lorenzo*, 238 AD2d 790, *lv denied* 90 NY2d 810), we agree with the motion court that appellant's testimony does no more than raise a jury question as to whether appellant was in fact confronted with an emergency situation (*see, e.g., Williams v Doran*, 240 AD2d 349). Appellant did not present clear and unrefuted evidence that plaintiff driver was exclusively at fault for the accident (*cf., Ruotolo v Ambu-Wagon, Inc.*, 206 AD2d 416). Concur—Milonas, J. P., Nardelli, Mazzarelli and Andrias, JJ.